```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
```
ROSALIO MENDEZ LOPEZ, *individually and on behalf of others similarly situated,*

                           *Plaintiff(s),*

                v.

PATSY'S PIZZERIA ROCKLAND LLC
(DBA Patsy's Pizzeria)
                        *Defendant(s).*
```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
```

**1:22-cv-05844-AT**
**ORDER TO SHOW CAUSE**

      Upon the Declaration of LINA STILLMAN, dated November 27, 2022 and the exhibits annexed thereto, the Affidavit of Lina Stillman, and upon all the prior pleading and proceedings in the above-captioned matter, for good cause being shown thereof:

**IT IS HEREBY ORDERED** that Defendants PATSY'S PIZZERIA ROCKLAND LLC (DBA Patsy's Pizzeria), cause before this Court, at the United States District for the Southern District of New York, 40 Foley Square, New York NY 10007 on the _____ day of _____ 2022 at _____ or as soon thereafter as counsel may be heard, why an order should not be entered pursuant to Rule 55 of Federal Rules of Civil Procedure.

    1) entering an Order granting default judgment to Plaintiff against Defendants in the above-captioned matter awarding Plaintiff's damages, and

    2) granting such other and further relief as this Court deems just and proper.

IT IS FURTHERED ORDERED that the service of a copy of this Order to Show Cause and the annexed Declaration of Lina Stillman, and all the papers filed in support of this application, shall be deemed good and sufficient service if served upon Defendants by certified mail on or before the ____ day of _____ 2022

SO ORDERED


Dated: _____

 New York, NY


                                                                          _____

                                                                          ANALISA TORRES

                                                                          United States District Judge