| Plaintiff | Pay Period | | No. Weeks in Pay Period | Hours Per Week in Period | Rate of Pay | Calc. OT Rate of Pay | Minimum Wage Rate | Minimum Overtime (OT) | Lawful Weekly Pay | "Credited" Weekly Pay | Underpayment Per Week | Unpaid Wages & OT | Total Per Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | From | To | | | | | | | | | | | |
| Rosalio Mendez | 7/9/21 | 12/31/21 | 25 | 65 | $ 14.00 | $ 21.00 | $ 15.00 | $ 22.50 | $ 1,162.50 | $ 910.00 | $ 252.50 | $ 6,312.50 | $ 6,312.50 |
| | 1/1/22 | 6/19/22 | 24 | 65 | $ 14.00 | $ 21.00 | $ 15.00 | $ 22.50 | $ 1,162.50 | $ 910.00 | $ 252.50 | $ 6,060.00 | $ 6,060.00 |
| | | | | | | | | | | | | | $ 12,372.50 |
| Failure to provide accurate wage statements pursuant to **NYLL § 195(3)** | | | | | | | | | | | | | $ 5,000.00 |
| Failure to procure a signed acknowledgment of wage rate pursuant to **NYLL § 195(1)** | | | | | | | | | | | | | $ 5,000.00 |
| **Total** | | | | | | | | | | | | | $ - |
| **Liquidated Damages** | | | | | | | | | | | | | $ 12,372.50 |
| **Court Expenses** | | | | | | | | | | | | | |
| | | | | | | | | **Total Damages Due:** | | | | | **$ 34,745.00** |

*Numbers are a good faith estimate based on Plaintiff's recollection

**This damages chart is based upon preliminary information and the expected testimony of Plaintiff and was prepared without the benefit of Defendants' required wage and hour records under the FLSA and NYLL. Plaintiff reserves the right to revise, supplement or amend this chart.

*** Overtime is calculated as one and one-half times the employee's regular hourly rate, or one and a half times the minimum wage if the regular rate fell below the minimum wage, for each hour the employee works in excess of 40 hours in a given workweek. 29 U.S.C. § 207(2)(C).