```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/7/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Rosalio Mendez Lopez, individually and on behalf of others similarly situated,

                    Plaintiff,

-against-

PATSY'S PIZZERIA ROCKLAND LLC (DBA Patsy's Pizzeria),

                    Defendant.

22 Civ. 5844 (AT)

**ORDER TO SHOW CAUSE**

ANALISA TORRES, District Judge:

      On November 27, 2022, Plaintiff moved by order to show cause for a default judgment entered against Defendant. ECF No. 20. Plaintiff submitted affidavits, accompanying exhibits, a statement of damages, and a proposed default judgment in support (the "Supporting Papers") of his motion. ECF Nos. 21–24. Accordingly:

1. On **April 25, 2023**, at **3:30 p.m.**, Defendant, through counsel, shall appear at a telephonic conference to show cause why the Court should not enter a default judgment against it pursuant to Rule 55(b) of the Federal Rules of Civil Procedure. Plaintiff shall also appear. The parties are directed to dial 888-398-2342 or 215-861-0674, and enter access code 5598827.

2. By **March 13, 2023**, Plaintiff shall serve copies of this Order to Show Cause and the Supporting Papers on Defendant via hand-delivery or first-class mail **and** service on the Secretary of State. N.Y. Business Corp. Law § 306.[1]

3. By **March 15, 2023**, Plaintiff shall file on the docket (1) proof of service, and (2) the Supporting Papers that were served upon Defendant (as an attachment to the proof of service).

4. By **March 27, 2023**, Defendant shall respond to Plaintiff's motion.

5. By **April 3, 2023**, Plaintiff shall submit his reply, if any.

SO ORDERED.

Dated: March 7, 2023
      New York, New York

                                                  ANALISA TORRES
                                                  United States District Judge

---

[1] Plaintiff filed several versions of the affidavits and accompanying exhibits in support of his motion to correct docketing errors. Plaintiff shall only serve the correct copies of the Supporting Papers on Defendant.