```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: _4/14/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Rosalio Mendez Lopez, individually and on behalf of others similarly situated,

        Plaintiff,

-against-

PATSY'S PIZZERIA ROCKLAND LLC (DBA Patsy's Pizzeria),

        Defendant.

22 Civ. 5844 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On March 7, 2023, the Court ordered Plaintiff to file on the docket the Supporting Papers that were served upon Defendant (as an attachment to the proof of service) on the docket by March 15, 2023. ECF No. 25. Plaintiff has not done so. Accordingly, by **April 18, 2023**, Plaintiff shall file these items on the docket.

    SO ORDERED.

Dated: April 14, 2023
       New York, New York

ANALISA TORRES
United States District Judge