

April 20, 2023

<u>VIA ECF</u>
Honorable Analisa Torres
Southern District of New York

Re: Mendez v. Patsys Pizzeria Rockland LLC
Civil Case: 1:22-cv-08544-AT

Your Honor,

      I am counsel for Plaintiffs in the above-referenced action. I am writing jointly with the defendants to inform the Court that the parties have reached a settlement in principle. I respectfully request that the court adjourn the April 25th, 2023 Order to Show Cause *sine die.*
      We respectfully request forty (30) thirty days to submit settlement documents for the court's approval pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015) or in the alternative a Rule 68 offer, acceptance with a proposed Judgment to the Court.

                                          Respectfully,

                                          <u>/s/Lina stillman</u>