UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Rosalio Mendez Lopez, individually and on behalf
of others similarly situated,

                              Plaintiff,

                -against-

PATSY'S PIZZERIA ROCKLAND LLC (DBA
Patsy's Pizzeria),

                              Defendant.

ANALISA TORRES, District Judge:

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/20/2023
```

22 Civ. 5844 (AT)

**ORDER**

On November 7, 2022, the Clerk of Court entered a certificate of default as to Defendant. ECF No. 19.  On April 20, 2023, Defendant appeared in this action.  ECF No. 30.  That same day, Plaintiff advised the Court over email that he agrees to vacate the certificate of default.

The Clerk of Court is directed to VACATE the certificate of default at ECF No. 19.

SO ORDERED.

Dated: April 20, 2023
       New York, New York

_____
        ANALISA TORRES
   United States District Judge