UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Rosalio Mendez Lopez, *individually and on behalf of others similarly situated*,<br><br>    *Plaintiff*,<br><br>-against-<br><br>PATSY'S PIZZERIA ROCKLAND LLC (DBA Patsy's Pizzeria),<br><br>    *Defendants*. | Case No. 1:22-cv-05844-AT<br><br>**OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68** |

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, defendant Patsy's Pizzeria Rockland LLC (DBA Patsy's Pizzeria) ("Defendant"), hereby offers judgment to be entered against itself and in favor of plaintiff Rosalio Mendez Lopez ("Plaintiff") in the total amount of $14,000, which amount is inclusive of all costs, attorneys' fees, interest, and any other monies that may otherwise be awarded to Plaintiff if he were to prevail in this action.

This offer of judgment is made for the purposes specified in Federal Rule of Civil Procedure 68 and is not to be construed as either an admission that Defendant is liable in this action, or that Plaintiff has suffered any damages. This Offer of Judgment shall not be filed with the Court unless (a) it is accepted or (b) it is filed in a proceeding to determine costs.

Dated: White Plains, New York
   April 20, 2023

                YANKWITT LLP

           By: /s/ Michael H. Reed
                Michael H. Reed
                140 Grand Street, Suite 705
                White Plains, NY 10601
                Tel.: (914) 686-1500
                michael@yankwitt.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Rosalio Mendez Lopez, *individually and on behalf of others similarly situated*,

        *Plaintiff*,

-against-

PATSY'S PIZZERIA ROCKLAND LLC (DBA Patsy's Pizzeria),

        *Defendants*.

Case No. 1:22-cv-05844-AT

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68**

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff Rosario Mendez Lopez hereby accepts and provides notice that he has accepted Defendant's Offer of Judgment, dated April 26, 2023 and annexed hereto as Exhibit 1.

Dated: New York, New York
      April __, 2023

                    STILLMAN LEGAL, P.C.

By: _____
     Lina Stillman, Esq.
     42 Broadway, 12th Floor
     New York, New York
     Tel.: (914) 686-1500
     ls@stillmanlegalpc.com
     *Attorneys for Plaintiff Rosario Mendez Lopez*