UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Rosalio Mendez Lopez, *individually and on behalf of others similarly situated*,

        *Plaintiff,*

-against-

PATSY'S PIZZERIA ROCKLAND LLC (DBA Patsy's Pizzeria),

        *Defendants.*

Case No. 1:22-cv-05844-AT

**RULE 68 JUDGMENT**

---

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, defendant Patsy's Pizzeria Rockland LLC (DBA Patsy's Pizzeria) ("Defendant") having offered to allow Plaintiff Rosario Mendez Lopez ("Plaintiff") to take a judgment against him, in the sum of Fourteen Thousand Dollars and No Cents ($14,000.00), inclusive of Plaintiff's claims, attorney's fees, interests, costs, and expenses, in accordance with the terms and conditions of Defendant's Rule 68 Offer dated _____, 2023 and filed as Exhibit ___ to Docket Number ___;

**WHEREAS**, on _____, 2023, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendant's Offer of Judgment (Dkt. No. ___);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff Rosario Mendez Lopez in the sum of Fourteen Thousand Dollars and No Cents ($14,000.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer dated _____, 2023 and filed as Exhibit ___ to Docket Number ___.

**SO ORDERED:**

Dated: _____, 2023

Hon. Analisa Torres, U.S.D.J.

22