UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Rosalio Mendez Lopez, *individually and on behalf of others similarly situated*,

        *Plaintiff,*

  -against-

PATSY'S PIZZERIA ROCKLAND LLC (DBA Patsy's Pizzeria),

        *Defendants.*

---

Case No. 1:22-cv-05844-AT

**OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68**

---

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, defendant Patsy's Pizzeria Rockland LLC (DBA Patsy's Pizzeria) ("Defendant"), hereby offers judgment to be entered against itself and in favor of plaintiff Rosalio Mendez Lopez ("Plaintiff") in the total amount of $14,000, which amount is inclusive of all costs, attorneys' fees, interest, and any other monies that may otherwise be awarded to Plaintiff if he were to prevail in this action.

This offer of judgment is made for the purposes specified in Federal Rule of Civil Procedure 68 and is not to be construed as either an admission that Defendant is liable in this action, or that Plaintiff has suffered any damages. This Offer of Judgment shall not be filed with the Court unless (a) it is accepted or (b) it is filed in a proceeding to determine costs.

Dated: White Plains, New York
     April 20, 2023

                    YANKWITT LLP

By: _____
             Michael H. Reed
             140 Grand Street, Suite 705
             White Plains, NY 10601
             Tel.: (914) 686-1500
             michael@yankwitt.com

13

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Rosalio Mendez Lopez, *individually and on behalf of others similarly situated,*

Plaintiff,

-against-

PATSY'S PIZZERIA ROCKLAND LLC (DBA Patsy's Pizzeria),

*Defendants.*

Case No. 1:22-cv-05844-AT

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68**

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff Rosario Mendez Lopez hereby accepts and provides notice that he has accepted Defendant's Offer of Judgment, dated April 20, 2023.

Dated: New York, New York
April 28, 2023

STILLMAN LEGAL, P.C.

By: _____
Lina Stillman, Esq.
42 Broadway, 12th Floor
New York, New York
Tel.: (914) 686-1500
ls@stillmanlegalpc.com
*Attorneys for Plaintiff Rosario Mendez Lopez*