```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Rosalio Mendez Lopez, *individually and on behalf of others similarly situated,*

*Plaintiff,*

-against-

PATSY'S PIZZERIA ROCKLAND LLC (DBA Patsy's Pizzeria),

*Defendants.*

Case No. 1:22-cv-05844-AT

**RULE 68 JUDGMENT**

**WHEREAS,** pursuant to Rule 68 of the Federal Rules of Civil Procedure, defendant Patsy's Pizzeria Rockland LLC (DBA Patsy's Pizzeria) ("Defendant") having offered to allow Plaintiff Rosario Mendez Lopez ("Plaintiff") to take a judgment against him, in the sum of Fourteen Thousand Dollars and No Cents ($14,000.00), inclusive of Plaintiff's claims, attorney's fees, interests, costs, and expenses, in accordance with the terms and conditions of Defendant's Rule 68 Offer dated April 20, 2023 and filed as Exhibit 1 to Docket Number 38;

**WHEREAS,** on April 28, 2023, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendant's Offer of Judgment (Dkt. No. 38);

It is **ORDERED, ADJUDGED, AND DECREED,** that judgment is entered in favor of Plaintiff Rosario Mendez Lopez in the sum of Fourteen Thousand Dollars and No Cents ($14,000.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer dated April 20 2023 and filed as Exhibit 1 to Docket Number 38.

SO ORDERED. The Clerk of Court is directed to close the case.

Dated: May 8, 2023
New York, New York

ANALISA TORRES
United States District Judge