```
                                                    USDC SDNY
                                                    DOCUMENT
                                                    ELECTRONICALLY FILED
                                                    DOC #: _____
                                                    DATE FILED: May 15 2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Rosalio Mendez Lopez, *individually and on behalf of others similarly situated,*

    *Plaintiff,*

-against-

PATSY'S PIZZERIA ROCKLAND LLC (DBA Patsy's Pizzeria),

    *Defendants.*

Case No. 1:22-cv-05844-AT

**NOTICE OF SATISFACTION OF JUDGMENT**

---

**WHEREAS**, a judgment was entered in the above action on the _3_ day of _May_, 2023, in favor of Plaintiff and against Defendant in the total amount of $14,000.00, and said amount having been fully paid and satisfied as of _5/13_, 2023, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

**THEREFORE**, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction of said judgment to the docket

Dated: New York, New York
    _5/13_, 2023

                            STILLMAN LEGAL, P.C.

                By: _____
                            Lina Stillman, Esq.
                            42 Broadway, 12th Floor
                            New York, New York
                            Tel.: (914) 686-1500
                            ls@stillmanlegalpc.com
                            *Attorneys for Plaintiff Rosario Mendez Lopez*